IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MARK AND MICHELLE SORRELL, | ) | Case No: 06-31720 |
| | ) | Judge Waldron |
| Debtors. | ) | |
| _____ | ) | |

SUPPLEMENT TO DEBTORS' RESPONSE TO
TRUSTEE'S MOTION TO DISMISS

Attached hereto, and in support of the Debtors' Response To The U.S. Trustee's Motion

To Dismiss, is a copy of the case of *In re Walker*, Case No. 05-15010-whd (Bankr. N.D. Ga)

decided May 1, 2006, which case was cited by Debtors' in their previously filed Memorandum In

Opposition.

Dated:  9/27/06                                      /s/ Eileen K. Field
                                                     _____
                                                     Eileen K. Field, Esq. #(0007384)
                                                     Attorney For Debtors
                                                     36 East Fourth Street, #1127
                                                     Cincinnati, Ohio 45202
                                                     Phone: (513) 684-9000
                                                     Fax: (513) 684-8892
                                                     eileenfield.atty@fuse.net

CERTIFICATE OF SERVICE

The undersigned herein certifies that a copy of the attached was served upon the following parties by regular US mail or electronically, on this 27th day of September, 2006:

Mark and Michelle Sorrell
5301 Renaissance Park Drive
Franklin, Ohio 45005

Paul Spaeth, pspaeth@phslaw.com

Pamela Rice, Pamela.D.Rice@usdoj.gov

/s/ Eileen K. Field
_____